# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| T'LANI ROBINSON et al., | |
| Plaintiffs, | Case No. 1:16-cv-07447 |
| v. | Hon. Manish S. Shah |
| DEVRY EDUCATION GROUP INC. et al., | Magistrate Judge Sheila Finnegan |
| Defendants. | |
| JAIRO JARA et al., | |
| Plaintiffs, | Case No. 1:16-cv-10168 |
| v. | |
| DEVRY EDUCATION GROUP INC. et al., | |
| Defendants. | |

## NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that on **Tuesday, November 8, 2016, at 9:45 AM**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before **Judge Manish S. Shah**, or any judge sitting in his stead in Room 1719 of the United States District Court, Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois, and then and there present Defendants' Unopposed Motion for Reassignment Based on Relatedness and for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiffs' Class Action Complaint.

Dated: November 2, 2016          Respectfully submitted,

/s/R. Ryan Stoll
R. Ryan Stoll

R. Ryan Stoll
**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
ryan.stoll@skadden.com

Jack P. DiCanio (*pro hac vice*)
Amy S. Park (*pro hac vice*)
Emily A. Reitmeier
**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
(650) 470-4500
jack.dicanio@skadden.com
amy.park@skadden.com
emily.reitmeier@skadden.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

R. Ryan Stoll, an attorney, hereby certifies that on November 2, 2016, he caused a true and correct copy of the foregoing document to be served using the Court's electronic filing system, which will send electronic notification of such filing to all parties that have appeared in *Robinson et al. v. DeVry Education Group Inc et al.*, No. 1:16-cv-07447:

> Robert L. Teel
> **LAW OFFICE OF ROBERT L. TEEL**
> 207 Anthes Avenue, Suite 201
> Langley, Washington 98260
>
> Benjamin Harris Richman
> **EDELSON PC**
> 350 North La Salle Street, Suite 1300
> Chicago, Illinois 60654

and e-mail on the following counsel for plaintiffs in *Jara et al. v. DeVry Education Group Inc. et al.*, No. 1:16-cv-10168:

> Theodore B. Bell
> Carl Malmstrom
> **WOLF HALDENSTEIN ADLER**
>   **FREEMAN & HERZ LLC**
> 70 West Madison Street, Suite 1400
> Chicago, Illinois 60602
> (312) 984-0000
> tbell@whafh.com
> malmstrom@whafh.com
>
> Thomas H. Burt
> **WOLF HALDENSTEIN ADLER**
>   **FREEMAN & HERZ LLP**
> 270 Madison Avenue
> New York, New York 10016
> (212) 545-4600
> burt@whafh.com

Thomas J. McKenna
Gregory M. Egleston
**GAINEY MCKENNA & EGLESTON**
440 Park Avenue South, 5th Floor
New York, New York 10016
(212) 983-1300
egleston@gme-law.com
tjmckenna@gme-law.com

*/s/ R. Ryan Stoll*
R. Ryan Stoll