UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| T'LANI ROBINSON and ROBBY BROWN, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEVRY EDUCATION GROUP INC., DEVRY UNIVERSITY, INC., and DEVRY/NEW YORK, INC.<br><br>Defendants. | Case No. 1:16-cv-07447<br>Hon. Manish S. Shah |

## DEFENDANTS' MOTION TO DISMISS

Defendants DeVry Education Group Inc., DeVry University, Inc., and DeVry/New York, Inc., respectfully move to dismiss the complaint filed by Plaintiffs T'Lani Robinson and Robby Brown pursuant to Federal Rule of Civil Procedure 12(b)(6). As set forth more fully in the accompanying "Memorandum of Law In Support of Motion To Dismiss" submitted herewith and expressly incorporated herein, Plaintiffs' Complaint is subject to dismissal on multiple grounds:

1. Plaintiffs ignore the choice-of-law rules that determine the substantive law governing their claims. Consistent with Illinois choice-of-law principles, the law of the Seventh Circuit is plain that Georgia and Missouri law, not that of Illinois, govern the respective claims of Ms. Robinson and Mr. Brown.

2. Plaintiffs fail to allege a valid causal nexus between the alleged misrepresentations at issue and a cognizable injury alleged to have been incurred by Ms. Robinson or Mr. Brown.

3. Plaintiffs' claims also fail on various grounds under the applicable state laws.

4. Plaintiffs engage in impermissible group pleading and fail to allege with particularity any conduct attributable to Defendants DeVry Education Group Inc. or DeVry/New York, Inc.

WHEREFORE, for the reasons set forth in the "Memorandum of Law In Support Of Motion To Dismiss," Defendants respectfully move this Court to dismiss the complaint.

Dated: November 4, 2016

Respectfully submitted,

*/s/ R. Ryan Stoll*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

R. Ryan Stoll
155 N. Wacker Drive
Chicago, IL 60606
(312) 407-0780
Ryan.Stoll@skadden.com

Jack P. DiCanio (*pro hac vice*)
Amy S. Park (*pro hac vice*)
Emily Reitmeier
525 University Ave.
Palo Alto, CA 94301
(650) 470-4500
Jack.DiCanio@skadden.com
Amy.Park@skadden.com
Emily.Reitmeier@skadden.com

*Attorneys for DeVry Education Group Inc., DeVry University, Inc., and DeVry/New York, Inc.*

## **CERTIFICATE OF SERVICE**

R. Ryan Stoll, an attorney, hereby certifies that on November 4, 2016, he caused a true and correct copy of DEFENDANTS MOTION TO DISMISS to be served by the Court's ECF system on the following counsel of record:

> Robert Teel
> Law office of Robert L. Teel
> 207 Anthes Ave.
> Suite 201
> Langley, WA 98260
> (718) 570-7509
> lawoffice@rlteel.com
>
> Benjamin Harris Richman
> Edelson PC
> 350 North LaSalle Street
> Suite 1300
> Chicago, IL 60654
> (312) 589-6370
> brichman@edelson.com

Dated: November 4, 2016  */s/ R. Ryan Stoll*
R. Ryan Stoll