## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

T'Lani Robinson, et al.
                                       Plaintiff,

v.                                                                   Case No.: 1:16–cv–07447
                                                                                        Honorable Manish S. Shah

DeVry Education Group Inc., et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 7, 2016:

        MINUTE entry before the Honorable Manish S. Shah: The motion to reassign case and for an extension of time [25] is granted. Jara, et al. v. DeVry Education Group Inc., et al., Case No. 1:16−cv−10168 will be submitted to the Executive Committee for reassignment to this court. Defendants in that case must answer or otherwise plead to plaintiff Jara's complaint by 12/19/16. No appearance on the motion is necessary. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.