# EXHIBIT A



**2013 Enrollment Agreement**

| | |
|---|---|
| **DeVry University**<br>3005 Highland Parkway<br>Downers Grove<br>Illinois 60515-5799<br>(630) 571-7700 | **Location Attending:** Online<br>1200 E. Diehl Road, Naperville, IL, 60563<br>877.496.9050<br>www.devry.edu/online |

**Degree Program:** Health Information Technology
No Concentration

**Purpose**
The intent of this Agreement is to make clear the educational services to which you are entitled as a student of DeVry. This Agreement also assures your eligibility to participate in the range of student benefits that are offered as part of your degree program. Academic requirements and your financial obligations under this Agreement are also covered in the following paragraphs.

**Application Fee**
An application fee of $40 (application fee is $30 for applicants at locations in FL, GA, and TN) is required of all applicants.

**Tuition**
Unless otherwise indicated, tuition does not include room and board, laptop computer, supplies or transportation. DeVry reserves the right to increase tuition rates at any time; however, any increase will be announced at least 90 days before the beginning of the effective term. State restrictions may apply; details are available in applicable state buyer's rights addenda.

Students requiring repeat work will be charged additional tuition at the prevailing tuition rates. This may extend the degree program by additional sessions or semesters. Schedule changes affected during the add/drop period will result in a tuition adjustment according to the tuition policy.

Tuition is billed according to enrollment for the entire session. Tuition charges are calculated each session per credit hours enrolled.

**Current as of May 2013:**
Tuition for credit hours 1-6: $609; tuition for credit hours 7+: $365

DeVry reserves the right to change a student's status as determined by the student's cumulative enrollment in either online or site-based courses. Tuition for all coursework is assessed according to the student's primary program of enrollment. Student's first program of study is considered the primary program unless the student requests a program change.
The University's academic catalog is available at: http://www.devry.edu/assets/pdf/uscatalog/US_Catalog.pdf

**Program of Study:** Health Information Technology    No Concentration

**Tuition Cost:** $40,555    Online - $37,887

**Program Length:**
Four 16 - week semesters (60 weeks full-time) - 67 credit hours

**Tuition Notes:**

Version: 1.7    Rev: 5/15/13



Total program cost is shown at current tuition rates, credit hours shown and is based on full-time attendance. It includes a $40 application fee (application fee is $30 for applicants to locations in FL, GA, and TN), insurance (for onsite students only), student service charges, and an average estimated per-session textbook and equipment expense. The program cost shown for students enrolling at the Fremont, CA campus includes the current per-semester room and board rate of $3,300 (for double occupancy). Tuition for Canadian residents enrolled in one of DeVry's U.S. based online programs is charged in Canadian dollars.

**Refunds**

The application fee is refundable if the applicant cancels the agreement in writing prior to midnight of the tenth business day after the date of transaction as provided in the Buyer's Right to Cancel section, or as otherwise required by state law.

To withdraw from school after attending classes, a student must notify the designated official according to the policy stated in the student handbook. Refunds will be calculated using the last documented date of attendance and will be issued within 30 days of the date of notification of withdrawal or the date DeVry determines the student is no longer enrolled, whichever is earlier.

Withdrawal is complete when the designated official has been notified. Withdrawn students are responsible for all outstanding tuition obligations. All students receiving Federal student loans must complete an exit interview with the Student Finance Office prior to withdrawing.

In compliance with applicable requirements, DeVry issues refunds to students who completely withdraw from all classes prior to completing a session. Refund calculations are based on week of withdrawal, the policy of the state in which the student is attending and the policy of the student's original state of residence. Of the amounts calculated, the one most favorable to the student is used for the refund issued. In all cases, policies are applied to tuition charged for the period of enrollment from which the student withdrew. See the academic catalog for additional detail. Examples of refund calculations are available from the Student Finance Office.

**DeVry Policy**

At a minimum, refunds are calculated as follows:

| Date of Withdrawal During: | Percent Refund of Tuition Less Administrative Fee* |
|---|---|
| First day of scheduled classes** | 100% |
| Balance of week 1 | 90% |
| Week 2 | 75% |
| Weeks 3-4 | 25% |
| Weeks 5-8 | 0 |

* The administrative fee is 5% of the tuition charges for the application period of enrollment or $150 whichever is less.
** Students who cancel their enrollment during this period will also have their financial aid awards cancelled and any funds received returned to the funding source.

**General Information**

Course sequences may vary and DeVry reserves the right to revise, add or delete courses, alter the total number of class hours, suspend, cancel or postpone a class for reasons including, but not limited to, the following: natural occurrences or other circumstances beyond DeVry's control, holidays, special institutional activity days, and registration days. If it becomes necessary for any reason to interrupt its regular class schedules or starting dates, DeVry may, upon reasonable advance notice, suspend or cancel instruction. DeVry will advise students as soon as possible of dates for resumption of classes.

If the number of students enrolling in a starting class is deemed insufficient, DeVry reserves the right to cancel the starting class (a class which begins the first term of an academic program). If this occurs, applicants will be given a full refund, within thirty days, of the application fee and prepaid tuition. In the event that a continuing program or class is cancelled, students will be offered the opportunity to transfer within the DeVry system with full credit for all course work completed. Not all programs are offered at all locations and online. Some courses may not be offered every session. Check with your administrator regarding course availability. In some site-based programs, students will be required to take a substantial amount of course work online or at another location in close proximity to complete their program. Check with the appropriate academic advisor regarding course availability and delivery format.

If the standard length of programs must be changed, then tuition for any additional course work will be charged at the rate prevailing at the time the coursework is taken. DeVry is not obligated to provide coursework for students who fail, withdraw from a course, or interrupt their studies. Although the programs are of varying lengths, the term of this Agreement is for only one semester. If a student's enrollment is ongoing after the first semester with no interruptions, no new Agreement need be signed, and the terms of this Agreement (except for tuition and refunds in the case of a tuition increase) are reaffirmed and shall be applicable to the student and DeVry upon the student's enrollment for each consecutive subsequent semester and during the term thereof. Students who leave the program for one or two semesters or who transfer to another DeVry location or program must sign an addendum to their enrollment agreement prior to resuming or transferring. Students who leave the program for three or more semesters will be asked to execute a new agreement prior to resuming. A second application fee is not required of readmits. Standard business methods are used in the collection of delinquent payments. Students are required to keep DeVry informed of their current home and local address.

In order to remain enrolled, students must demonstrate satisfactory academic progress toward completing their programs as outlined in the academic catalog. To graduate from any program, a student must maintain a cumulative grade point average of not less than 2.0 and satisfactorily complete all required coursework specified by DeVry. Additional conditions are detailed in the academic catalog. DeVry reserves the right to change the requirements for graduation to keep pace with educational, scientific, technological or similar developments. Changes may be applied to students already enrolled. For those cases, an academic advisor will specify an alternate plan of study which must be completed in lieu of the original requirements.

Students seeking resumption of study after involuntary or voluntary withdrawal need to be aware that not all courses are offered each term, and that curriculum changes may have occurred. A review with an academic advisor will be made to determine if an alternate plan of study is needed to permit those students to complete the graduation requirements. DeVry is not obligated to provide coursework for students who fail, withdraw from a course, or interrupt their studies.

Except by attached printed addenda to this Agreement, if any, written by DeVry and acknowledged by applicant, this Agreement is not subject to oral or written modifications from its printed form. This agreement supersedes any DeVry enrollment agreement you may have previously signed.

DeVry is an educational institution that admits academically qualified students without regard to gender, age, race, color, religion, national origin, sexual orientation, political affiliation or belief, or disability and affords them all the rights, privileges, programs and opportunities generally available to students at DeVry. DeVry does not discriminate on the basis of gender, age, race, color, national origin, sexual orientation, political affiliation or belief, religion or disability in admissions, employment services, or access to its programs and activities.

It is DeVry's policy to comply with Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990. DeVry does not discriminate on the basis of disability. Persons wishing additional information about this policy or assistance to accommodate individual needs should contact General Counsel at DeVry University, 3005 Highland Parkway, Downers Grove, IL 60515-5799 (1-800-225-8000).



**Purchase of Texts, Lessons, and Supplies**

*Textbooks, Supplies and Specialized Equipment – Site-Based Students:* Costs for textbooks and supplies vary by program. The average estimated per-session expense for full-time students in all programs (except Computer Engineering Technology, Electronics Engineering Technology, Engineering Technology – Computers, and Engineering Technology – Electronics) is $335. For full-time students in the CET and ET–C programs, the average estimated per-session expenses are $370. For full-time students in the EET and ET–E programs, the average estimated per-session expenses are $450. Costs are subject to change based on publishers' prices. Textbooks may be purchased at the school bookstore or from an outside source, but they must be those specified by DeVry..

Most courses require electronic course materials, which may include tutorials, simulations, study guides, electronic versions of textbooks and other interactive study material. Students enrolled in these courses are charged a maximum of $85 per course for the electronic materials. Average per-session costs noted above include this electronic course materials charge.

DeVry refunds a portion of electronic course material charges for all course withdrawals. During the add/drop period, week 1, electronic course material charges are adjusted according to the drop policy. During weeks 2 through 8, electronic course material charges are refunded as follows:

| Course Material Charge | Refund During Weeks 2-8 |
| --- | --- |
| $60 - $85 | $50 |
| $50 - $59.99 | $40 |
| ≤ $49.99 | $30 |

If electronic versions of textbooks are included, hard-copy textbooks are no longer required for these courses but may be purchased for an additional cost. Technology and software supplies must be those specified by DeVry.

For students who want printed textbooks as well as eBooks, black and white, soft-cover printed versions of certain course eBooks are available for $10 each. These optional print-on-demand books are identical to course eBooks. More information is available at http://hub2.devry.edu/pod.

Technology and software supplies must be those specified by DeVry.

*Textbooks, Supplies and Specialized Equipment – Online Students:* Costs for textbooks, supplies and any required specialized equipment vary by program. The average estimated expense for full-time students in all programs (except Electronics & Computer Technology, Engineering Technology – Computers, and Engineering Technology – Electronics) is $190 per session. Most courses require electronic course materials, which may include tutorials, simulations, study guides, electronic versions of textbooks and other interactive study material. Average per-session costs noted above include this electronic course materials charge.

If electronic versions of textbooks are included, hard-copy textbooks are no longer required for these courses but may be purchased for an additional cost.

For students who want printed textbooks as well as eBooks, black and white, soft-cover printed versions of certain course eBooks are available for $10 each. These optional print-on-demand books are identical to course eBooks. More information is available at http://hub2.devry.edu/pod.For full-time students in the following programs, average estimated per-session costs for textbooks and supplies are:
- Electronics & Computer Technology: $425
- Engineering Technology – Computers: $535
- Engineering Technology – Electronics: $575

Most courses with an ECT, ECET or REET designator (and certain alternate courses) include an $80 per-course equipment charge for the following:
- Analog/digital trainer

DocuSign Envelope ID: 3D532D03-21F5-4658-A5FA-BBEF0E1B6CE2



- Hand-held digital multimeter
- Oscilloscope

Average per-session costs for ECT, ET-C and ET-E program textbooks and supplies noted above include this equipment charge.

Students should test equipment and inform DeVry within seven calendar days of any defects. If no defect is reported, equipment will be considered to be in working order and loaned to the student. Students who report defects should return the equipment, and replacement equipment will be shipped to them. DeVry does not guarantee that equipment will be operable but will make technical support, maintenance and repair facilities reasonably available.

Costs are subject to change based on publishers'/suppliers' prices. Applicable taxes and shipping fees apply.

DeVry has limited spare equipment available for student use but does not guarantee that spare equipment will be available.

Students may use the equipment only while enrolled, and actively participating, in at least one course with the ECT, ECET or REET designator, or in related courses; however, DeVry retains ownership of equipment at all times. Students must use equipment in accordance with its instructions; may not abuse, neglect or allow others to use it; and must ensure that equipment is not lost, stolen or damaged. If, however, equipment is lost, stolen or damaged, students must notify DeVry, and DeVry will charge students up to the full cost of replacement. If equipment is recovered unharmed and returned to DeVry within 30 days after the loss or theft, DeVry will credit or refund any amounts paid for replacement equipment.

DeVry may allow students to retain equipment after successful completion of all program requirements. Students who suspend or discontinue enrollment in their program of study will be required, at DeVry's option, to either return the equipment to DeVry within seven calendar days at their own expense or to pay DeVry the full cost of the equipment. Students authorize DeVry to charge any amount payable for equipment to their DeVry account.

Further information is available from DeVry's student services advisors.

In lieu of receiving rent from the operator of its bookstores, DeVry University receives commissions derived from the gross revenue collected by the bookstore operator from both on-campus and internet sales. These commissions are used to assist with expenses associated with the selection and ordering of textbooks and e-learning materials as well as the operating cost associated with providing campus bookstore space.

**Other Costs**
Non-refundable student services charge of $20 per session is applied to all students. See the academic catalog for details.

A non-refundable parking fee, not to exceed $60 per session, per vehicle, may be required of students who utilize DeVry parking lots.

A continuing student who has not completed the continuing student pre-registration procedure may be obligated to pay a $25 late fee. DeVry reserves the right to change fees at any time without notice. These charges are non-refundable.

NDT students must complete cardiopulmonary resuscitation (CPR) training prior to graduation. Training is available during clinical rotations for a fee of $75-$100. See academic catalog for additional detail.

**Insurance**
All full-time site-based students are required to enroll in a student injury and sickness insurance plan. This is mandatory unless the students have equivalent coverage under a similar insurance program. Students who do not provide evidence of independent health insurance coverage by end of week two of either the July session or session in which students become full time, will be billed for a student health insurance policy. Insurance premium amounts vary depending upon age and benefit options selected.  The current minimum annual non-refundable premium is



$754 for individual student coverage and is subject to change at the start of each July session. The insurance policy year begins with the July session and runs through the following May session. See the academic catalog for details.

**General Admission Requirements**
To be granted unconditional admission to DeVry, a prospective student must interview with a DeVry admission advisor and complete an application for admission. In addition, other general and specific requirements must be met regarding age, prior education and evaluation of proficiency in the basic and prerequisite skills needed for college-level work. Once DeVry accepts the application, applicants are conditionally admitted pending satisfactory completion of remaining admission conditions. Detailed information as well as additional requirements for selected programs, formats and applicants is found in the academic catalog.

Applicants with prior post-secondary attendance must present transcripts indicating all previous work. Students requesting transfer credit for prior post- secondary education must submit official transcripts before credit is awarded.

Each applicant must be at least 17 years old on the first day of classes. Documentation of age may be required. Each applicant must have earned one of the following credentials from a DeVry-recognized organization: high school diploma or equivalent, General Educational Development (GED) certificate, or a postsecondary degree. The diploma or other acceptable documentation of the applicant's educational achievement must be provided for the student's file by the end of registration unless DeVry grants an extension. An official transcript (or equivalent documentation) with the grade point average (GPA) and graduation date must be provided for the student's file by the end of the first semester.

Prior educational performance is considered in conjunction with demonstrated proficiency in basic college level skills to determine admissibility and appropriate course placement. DeVry grants unconditional admission to individuals whose prior educational performance meets the criteria outlined in the academic catalog. Applicants whose prior educational performance does not meet these criteria must complete basic skills evaluation and demonstrate specific basic and prerequisite skills proficiency levels to be granted unconditional admission. All applicants may be required to complete basic skills evaluation through standard means prior to starting classes, to determine their initial course placement. Details regarding basic and prerequisite skills evaluation and results are outlined in the academic catalog.

See the academic catalog for additional admission requirements.

Applications may be taken through the end of late registration only. DeVry reserves the right to deny admission to any applicant and to change entrance requirements without prior notice. Electronics program applicants should note that color is one method used for coding electronic components; consequently, colorblind individuals may have difficulty in some courses.

**Schedule**
DeVry maintains morning, afternoon, and/or early evening sessions for onsite courses. Morning sessions typically run from 7:00 AM to 1:00 PM. Afternoon sessions typically run from 1:00 PM to 7:00 PM. Evening sessions typically run from 6:30 PM to 10:30 PM, or on weekends, if available. Specific times of attendance vary according to individual student schedules. Students with standard schedules attend classes between 15 and 24 hours per week, depending upon the semester. Part-time students' schedules will vary each semester between 3 and 11 hours per week, depending upon courses chosen. DeVry reserves the right to assign class sessions and to reschedule class sessions, if and when necessary. Students are expected to participate as required on a course-by-course basis and may be dismissed for failure to do so. See the academic catalog for details.

**Course Loads**
Students in good standing may register for up to twenty credit hours per semester. Those seeking to enroll for more credit hours may do so with the permission of the appropriate academic administrator. Students whose academic



history indicates academic difficulties may be denied permission to take extra credit hours, or may be required to take a reduced academic load.

**Attendance/Dismissal Policy**
Site-based students are expected to attend every meeting of every class in which they are registered. Absenteeism may result in dismissal from DeVry or from a specific course. Students taking online courses have access to their course materials 24 hours a day, seven days a week. This enables them to send and receive feedback from instructors as well as to participate in group and team activities with fellow online students at their convenience. Students who commit a breach of DeVry rules or normal standards of good conduct will be referred to the dean of students and may be subject to dismissal. DeVry reserves the right to dismiss students for failure to comply with the Student Code of Conduct. See the Student Handbook for complete details of the Student Code of Conduct. Students who fail to maintain satisfactory academic progress are subject to dismissal. See the academic catalog for full details.

**Housing**
DeVry maintains a Student Housing Office to aid students in locating suitable housing. Housing options include furnished shared apartments, rooms in private homes, as well as referral information. Not all options are available at all locations. Detailed information is available from the Student Housing Office.

**Part-Time Employment**
The DeVry Student Services Office will help on-site students find part-time jobs while they are enrolled. Students are eligible for this assistance beginning the first day of classes. However, since employment depends upon local business conditions, part-time jobs cannot be guaranteed.

**Student Financial Aid**
DeVry's interest bearing installment loan program is available to students who need assistance to finance their DeVry education. If eligible, students will be given documents outlining terms and conditions of the plan. Federally or state funded financial aid programs may also be available to qualified students. Details on all financial aid programs are available at the school, and at http://www.devry.edu/financial-aid-tuition/financial-aid-tuition-overview.jsp.

**Career Services**
Graduates of DeVry programs are entitled to career services to help them seek employment in business or industry. While employment cannot be guaranteed, career services staff will continue to work with students after graduation. DeVry's graduate employment statistics do not include graduates who do not actively participate in an employment search. Graduates who intend to utilize DeVry's career services must agree to DeVry's requirements for an employment search, including specific responsibilities allocated to the graduate. Agreement to utilize DeVry services to support an employment search entitles DeVry to confirm the graduate's hire date, job title, responsibilities and salary with the employer to ensure accuracy of published statistics. Colleagues from DeVry University or any DeVry institution are not entitled to career services and waive their rights to career search assistance. The level of career services offered to International students/graduates will vary, and will depend on the employment opportunities permitted by NAFTA and/or their individual student visas. See the academic catalog for more details.

**Veterans Information**
Students enrolling in eligible programs who qualify for veterans educational benefits should submit the appropriate application for benefits form, along with discharge papers, as far in advance of the scheduled class starting date as possible. Details regarding specific program eligibility and requirements may be obtained from the veterans benefits coordinator at DeVry. Refunds for Veterans and eligible persons enrolled in programs approved under Section 1775 of the G.I. Law are the same as indicated under Refund Policy.

**Additional Information**
Please see the DeVry catalog for rules and procedures detailing the services outlined above.

Version: 1.7                                                                                                                                          Rev: 5/15/13



**Accurate Information Disclosure**

DeVry publishes accurate information about its programs, policies, services and graduate outcomes. Complete, accurate information is provided on our website, in our catalogs, and in advertisements and other materials published by DeVry. You may have received information from other sources that was not sanctioned by DeVry. You should only rely on written information provided by DeVry during the application and enrollment process to make an enrollment decision. For comprehensive consumer information, please visit devry.edu/studentconsumerinfo.

**Publicity Waiver and Release Disclosure**

By signing this enrollment agreement, the student grants to DeVry University Inc., its parent, subsidiary and affiliated companies, agents, licensees and designees (collectively, "DeVry"), including their successors and assigns, the absolute, royalty-free, irrevocable, worldwide, right and permission, with respect to any testimonial (written or oral), photographs, film, video or other images, or sound recordings taken by DeVry:

(a) To use, re-use, publish, re-publish, copy, modify, display and create derivative works in whole or in part, individually or in conjunction with other photographs, images, recordings or testimonials in any medium (including without limitation, in print and on the Internet) and for any purpose whatsoever, including, without limitation in advertising, marketing, publications, electronic distribution, and the Internet and for any other commercial purpose; and
(b) To use the student's name in connection therewith if DeVry so chooses; and
(c) To copyright the same in the name of DeVry, or any other name that DeVry may choose.

The student understands that there will be no compensation for the permitted use of any testimonial (written or oral), photographs, film, video or other images, or sound recordings taken by DeVry or of the student's name. By signing, the student releases and discharges DeVry, its successors, assigns and any designee (including any agency, client, broadcaster, periodical or other publication) from any and all claims and demands arising out of or in connection with the use of such photographs, film, video or other images, sound recordings, or testimonial, including but not limited to any claims for defamation, invasion of privacy, right of publicity, emotional distress or any similar right. Furthermore, the student represents and warrants that any testimonial given is original and does not infringe upon copyright or proprietary rights of another person or entity.

By signing this agreement, the student waives any and all rights to such photographs, film, video or other images, sound recordings, or testimonial and assigns all such rights to DeVry. **If the student is under the age of 18, the parent or legal guardian's signature indicates that he/she and the student have read, understand, and agree to be bound by the terms of this disclosure.**

**Name:** Nicole Palmer

**Address:** 909 Kenneth Circle        Elgin        IL        60120

**Session Start Date:** 2013-09-02

| Session Start Date | Approximate Completion Date (based on continuous enrollment) | | |
| --- | --- | --- | --- |
| | *5 Semesters* | *8 Semesters* | *9 Semesters* |
| July 2013 | January 2015 | January 2016 | May 2016 |
| September 2013 | March 2015 | March 2016 | July 2016 |
| November 2013 | May 2015 | May 2016 | September 2016 |
| January 2014 | July 2015 | July 2016 | November 2016 |
| March 2014 | September 2015 | September 2016 | January 2017 |
| May 2014 | November 2015 | November 2016 | March 2017 |

Version: 1.7                                                                 Rev: 5/15/13

**DeVry University**

**APPLICANT (BUYER)**

I certify that all information provided by me in the Application for Admission is accurate and that I have read all pages of this Agreement and will abide by its provisions. I have retained a completely filled-in copy of this Agreement. I certify that I have reviewed the academic catalog available at http://www.devry.edu/uscatalog/

NOTE: Provisions of any attached addenda acknowledged by applicant modify those of this Agreement. This enrollment agreement and any addendum incorporated by reference herein supersede all prior or contemporaneous representations, proposals, communications and negotiations, both oral and written, and constitute the entire agreement between the parties with respect to education services. Any representations, warranties, or statements made by an employee or agent of DeVry and not expressed in this Agreement are not binding on DeVry. This Agreement may only be changed by written agreement signed by an authorized representative of the party against whom enforcement is sought.

Any claim or controversy arising out of or related to the terms of this Agreement or the education provided by DeVry, regardless of form or cause of action shall be decided and determined by binding arbitration under the commercial arbitration rules of the American Arbitration Associates. The parties acknowledge and agree that this agreement involves interstate commerce and that the Federal Arbitration Act will govern the enforceability of this provision.

I hereby authorize DeVry to release information regarding my enrollment, activities, honors, other achievements, graduation and employment to newspapers and other departments within DeVry, and grant DeVry permission to use this information in informational and promotional materials it publishes.

*DocuSigned by: APalmer*                                                                 7/10/2013

**Applicant (Buyer) Signature**                                                    **Date**

*DocuSigned by: Andrew Savage*                                                  7/10/2013

**DeVry Advisor Signature**                                                         **Date**
**(DeVry Admissions Representative in FL, MN, NE, OR)**


**FOR APPLICANTS WHO ARE MINORS**

If applicant has not reached the age of majority under state law in the state of buyer's residence, the parent or legal guardian must complete this section.

The undersigned hereby agrees to and accepts the terms and conditions of this Enrollment Agreement and hereby acknowledges that he or she has received a completely filled-in and exact copy of all pages of this Agreement.

**Parent or Legal Guardian Name:**
**Address:**
**Telephone Number:**



Signature of Parent or Legal Guardian                                        Date

**BUYER'S RIGHT TO CANCEL**

You may cancel your application without penalty or obligation at any time prior to midnight of the tenth business day following this transaction. If you cancel within this period, any payments made and any negotiable instrument

DocuSign Envelope ID: 3D532D03-21F5-4658-A5FA-BBEF0E1B6CE2

executed will be returned to you within 10 business days following DeVry's receipt of your cancellation notice. To cancel, send your request:

| | |
|---|---|
| **By mail to:** DeVry | **By fax to:** 630-574-1968 |
| 814 Commerce Drive | **By email to:** customerservice@devry.com |
| Oak Brook, IL 60523-8822 | |
| Attn: Customer Service | |

**In New York, DeVry University operates as DeVry College of New York.**
©2013 DeVry Educational Development Corp.  All rights reserved.

Version: 1.7                                                                                                                         Rev: 5/15/13