# EXHIBIT B



# Student Right-to-Know Disclosures
# 2014 Graduation Rates

The cohort consists of all full-time degree-seeking students entering college for the first time in fall 2008, minus qualifying exclusions.  The graduation rate is the percent of the cohort graduating within 150% normal time for the student's program.

| Locations * | DeVry University | | |
|---|---|---|---|
| | Graduation Rate for First-time, Full-time Students | Percent of Entering Class to which Grad Rate Applies | Graduation Rate for All New Full-time Students (incl. transfers) |
| Arizona | 41% | 30% | 49% |
| California | 35% | 24% | 41% |
| Colorado | 37% | 13% | 43% |
| Florida | 42% | 22% | 47% |
| Georgia | 30% | 18% | 41% |
| Illinois | 32% | 11% | 41% |
| Indiana | 29% | 17% | 40% |
| Maryland | 100% ** | 10% | 50% ** |
| Michigan | 0% ** | 4% | 57% ** |
| Minnesota | 25% ** | 8% | 49% |
| Missouri | 31% | 22% | 45% |
| North Carolina | 11% | 14% | 39% |
| New Jersey | 31% | 37% | 36% |
| Nevada | 18% | 19% | 34% |
| New York | 26% | 37% | 30% |
| Ohio | 40% | 24% | 46% |
| Oklahoma | 11% ** | 26% | 30% |
| Oregon | 14% ** | 23% | 37% |
| Pennsylvania | 26% | 22% | 34% |
| Tennessee | 38% | 17% | 36% |
| Texas | 24% | 21% | 36% |
| Utah | 0% ** | 4% | 0% ** |
| Virginia | 18% | 24% | 32% |
| Washington | 26% | 30% | 39% |
| Wisconsin | 50% ** | 12% | 54% |
| **Overall** | **32%** | **18%** | **41%** |

* Includes all locations in the state
** At least one but fewer than ten students in cohort
**In New York, DeVry University operates as DeVry College of New York**