# EXHIBIT C


# DeVry University
**We major in careers.**

**Why DeVry**

**Programs**

**Locations**

**Online Options**

**Financial Aid**

**Admissions**

**Career Services**

[ Search ]

**90.2%**
of DeVry grads were employed in their field within 6 months of graduation.*

**Tell us who you are and we'll help you get started.**

High School Students        Transfer Students
Parents                     Military Students
Los Padres                  International Students
Educators/Counselors        Corporate Education
Current Students            Employee Training
Corporate Information       Alumni

**DeVry University** offers flexible scheduling and the convenience of studying at 80+ locations, online or both. Earn a respected associate, bachelor's or master's degree from an accredited university. A career-oriented education from DeVry University puts you in a great place to begin or advance in the workplace when you graduate. Turn your passion into purpose. At DeVry University. Looking for DeVry's Keller Graduate School of Management?

**Are you ready to step it up?**



DVU Tube     DeVry University     The nation's #1 path to accounting careers.     **New at DeVry.**   **Web Graphic Design.**   Edge out the competition with skills, experience and a degree.



**Over 80 locations nationwide. Plus online.**
Program availability varies by location.

DeVry University operates as DeVry Institute of Technology in New York and Calgary, Alberta.

© 2008 DeVry University. All rights reserved.

 **DeVry University** ✔
@devryuniv

 🔔 **Follow**

For over 30 years, 90% of all DeVry graduates in the active job market had careers in their fields within six months: http://bit.ly/hyYns

2:35 PM - 14 Sep 2009

© 2016 Twitter   About   Help   Terms   Privacy   Cookies   Ads info



**DeVry**
@DeVryGroup

⚙ 👤 Follow

"90% of #DeVry grads active in the job market find employment in their field of study within 6 months." @DeVryUniv president Dave Pauldine

RETWEETS
2

11:36 AM - 29 Jul 2013

Reply to @DeVryGroup @devryuniv

**David W. Messner MBA** @DavidWMessner · 29 Jul 2013
@DeVryInc awesome statistics.



**90**% of DeVry grads were employed within 6 months*
*90% of DeVry grads nationwide in the active job market were employed in career-related fields within 6 months of graduation (10-year period ending 10/06)



**90**% of DeVry grads were employed within 6 months*
*90% of DeVry grads nationwide in the active job market were employed in career-related fields within 6 months of graduation (10-year period ending 10/06)

# About DeVry University, cont'd

- One of the largest degree-granting higher education systems in North America
- Since 1975, 237,957 undergraduate students system-wide have graduated and 90% of those in the active job market were employed in career-related positions within 6 months of graduation

**90+%** Graduate employment at DeVry University

**Published on May 29, 2015**

DeVry University is a division of DeVry Education Group, a for-profit higher education organization that is also the parent organization for Keller Graduate School of Management, Ross University School DeVry University helps prepare you to advance in your chosen career. In 2013, 90% of DeVry University graduates actively seeking employment obtained careers in their field within six months of graduation, or were already employed in their field when they graduated.*

*Based on self-reported data from bachelor's and associate degree graduates. Does not include graduates not actively seeking employment, as determined by DeVry University Career Services or graduates who did not report data on employment status to DeVry University Career Services

| | |
|---|---|
| Category | Education |
| License | Standard YouTube License |
| Created using | YouTube Video Editor |

SHOW LESS

# 90%

DeVry University helps prepare you to advance in your chosen career. In 2013, 90% of DeVry University graduates actively seeking employment obtained careers in their field within six months of graduation, or were already employed in their field when they graduated.*

*Based on self-reported data from bachelor's and associate degree graduates. Does not include graduates not actively seeking employment, as determined by DeVry University Career Services or graduates who did not report data on employment status to DeVry University Career Services.

**90+%** Graduate employment at DeVry University

**97%** USMLE Step 1 pass rates at American University of the Caribbean and Ross University School of Medicine

**90%** Elijah Watts Sells winners who prepared with Becker Professional Education



# "My professor knew me by name.
## And **my success was his priority.**"

Everything we do is focused on preparing our students for today's careers. Our quality, real-world degrees and lifetime of career assistance can lead to exceptional employment results. For us, that's what it's all about — an education that helps prepare you for a lifetime of success.

Trina
DeVry University graduate
Business Administration

IN 2012, **90**% *of* **DeVry University** **GRADS** actively seeking employment **HAD CAREERS** in their field within six months of graduation.*

*Join the 90%*

Visit **devry.edu** or call **888.DEVRY.04**


**DeVry University**
**Keller** Graduate School of Management

12 Chicagoland locations, online or both

* Figure based on 2012 graduates self-reporting data to DeVry University Career Services who were employed at graduation or actively seeking employment in their field after graduation. Does not include master's degree graduates or graduates who were not actively seeking employment, as determined by DeVry, or who did not report data on employment status to DeVry.

In New York, DeVry University operates as DeVry College of New York. DeVry University is accredited by The Higher Learning Commission (HLC), www.ncahlc.org. Keller Graduate School of Management is included in this accreditation. DeVry is certified to operate by the State Council of Higher Education for Virginia. DeVry University is authorized for operation by the THEC. www.state.tn.us/thec  Nashville Campus - 3343 Perimeter Hill Dr., Nashville TN 37211. Program availability varies by location. AC0060. ©2014 DeVry Educational Development Corp. All rights reserved. 1/14



Experience the
**DeVry University**
difference

Everything we do is focused on preparing our students for today's careers. Our quality, real-world degrees and lifetime of career assistance can lead to exceptional employment results. For us, that's what it's all about – an education that helps prepare you for a lifetime of success.

Charles
DeVry University graduate
Telecommunications Management

IN 2012, **90**% *of* **DeVry University GRADS** actively seeking employment **HAD CAREERS** in their field within six months of graduation*

*Join the 90%*

Visit **devry.edu** or call **888.DEVRY.04**



**DeVry University**
**Keller** Graduate School of Management

12 Chicagoland locations, online or both

* Figure based on 2012 graduates self-reporting data to DeVry University Career Services who were employed at graduation or actively seeking employment in their field after graduation. Does not include master's degree graduates or graduates who were not actively seeking reemployment, as determined by DeVry, or who did not report data on employment status to DeVry.

**In New York, DeVry University operates as DeVry College of New York.** DeVry University is accredited by The Higher Learning Commission (HLC), www.ncahlc.org. Keller Graduate School of Management is included in this accreditation. DeVry is certified to operate by the State Council of Higher Education for Virginia. DeVry University is authorized for operation by the THEC. www.state.tn.us/thec Nashville Campus - 3343 Perimeter Hill Dr., Nashville TN 37211. Program availability varies by location. AC0060. ©2014 DeVry Educational Development Corp. All rights reserved. 1/14

## Graduate Employment Rates

Since 1975, more than 250,000 students systemwide have graduated from DeVry University. We have long held ourselves accountable and are proud to publish our performance on graduate employment goals.

Even in this year's tough job market, 88.3 percent of graduates (in the active job market) found jobs or were already employed in their education-related fields within six months of graduation.

The following table summarizes our 2009 Career Services results by currently offered degree program.

### 2009 Career Services Results — by Degree Program

Combined statistics for students who graduated from the
February 2009, June 2009 and October 2009 classes

| | Graduates who actively pursued and obtained employment and those who were already employed in education-related careers within 180 days of graduation | Average reported annual compensation | Graduates | Graduates eligible for career assistance | Graduates who actively pursued employment for up to 180 days and those who were already employed | Graduates employed in education-related positions within 180 days of graduation | Graduates employed outside their field of study |
|---|---|---|---|---|---|---|---|
| Accounting | 93% | $35,000 | 34 | 22 | 15 | 14 | 6 |
| Biomedical Engineering Technology | 84% | $41,672 | 75 | 64 | 55 | 46 | 9 |
| Business Administration | 91% | $38,549 | 1,523 | 1,265 | 1,145 | 1,045 | 48 |
| Computer Engineering Technology | 76% | $38,854 | 129 | 110 | 94 | 71 | 5 |
| Computer Information Systems | 79% | $45,235 | 668 | 560 | 457 | 360 | 76 |
| Electroneurodiagnostic Technology | 100% | $39,115 | 2 | 2 | 2 | 2 | 0 |
| Electronics & Computer Technology | 84% | $30,746 | 351 | 253 | 190 | 159 | 55 |
| Electronics Engineering Technology | 77% | $40,808 | 300 | 264 | 229 | 177 | 25 |
| Game & Simulation Programming | 59% | $39,686 | 275 | 242 | 154 | 91 | 55 |
| Health Information Technology | 83% | $35,450 | 333 | 253 | 198 | 164 | 48 |
| Network & Communications Management | 88% | $41,966 | 579 | 508 | 442 | 391 | 49 |
| Network Systems Administration | 88% | $41,782 | 476 | 273 | 197 | 173 | 65 |
| Technical Management | 93% | $47,540 | 3,213 | 2,768 | 2,542 | 2,363 | 129 |
| Web Graphic Design | 62% | $41,928 | 59 | 35 | 21 | 13 | 10 |
| Total | 88% | $43,074 | 8,017 | 6,619 | 5,741 | 5,069 | 580 |

## 2010 Career Services Results by degree program

Combined statistics for students who graduated from the February 2010, June 2010 and October 2010 classes.

| | Graduates who actively pursued and obtained employment and those already employed in education-related careers within 180 days of graduation | Average reported annual compensation [3] | Graduates | Graduates eligible for career assistance [4] | Graduates who actively pursued employment for up to 180 days and those who were already employed [5] | Graduates employed in education-related positions within 180 days of graduation |
|---|---|---|---|---|---|---|
| **ASSOCIATE DEGREE PROGRAM** | | | | | | |
| Accounting | 75% | $33,066 | 90 | 70 | 56 | 42 |
| Electroneurodiagnostic Technology | 100% | $47,840 | 2 | 2 | 2 | 2 |
| Electronics & Computer Technology | 87% | $33,381 | 331 | 254 | 210 | 182 |
| Health Information Technology | 76% | $31,561 | 489 | 356 | 283 | 215 |
| Network Systems Administration | 84% | $38,263 | 540 | 329 | 248 | 209 |
| Web Graphic Design | 50% | $30,827 | 273 | 131 | 60 | 30 |
| **TOTAL** | **79%** | **$34,145** | **1,725** | **1,142** | **859** | **680** |
| **BACHELOR'S DEGREE PROGRAM** | | | | | | |
| Biomedical Engineering Technology[2] | 80% | $42,480 | 76 | 70 | 64 | 51 |
| Business Administration | 90% | $39,220 | 1,550 | 1,314 | 1,237 | 1,115 |
| Clinical Laboratory Science | 100% | $49,640 | 7 | 7 | 6 | 6 |
| Computer Engineering Technology | 80% | $37,369 | 134 | 119 | 105 | 84 |
| Computer Information Systems | 84% | $43,849 | 718 | 628 | 530 | 443 |
| Electronics Engineering Technology | 88% | $41,297 | 256 | 238 | 215 | 190 |
| Game & Simulation Programming | 63% | $38,847 | 374 | 334 | 226 | 143 |
| Multimedia Design & Development | 0% | N/A | 1 | 1 | 1 | 0 |
| Network & Communications Management | 90% | $44,287 | 511 | 462 | 411 | 369 |
| Technical Management | 92% | $46,649 | 3,608 | 3,052 | 2,827 | 2,594 |
| **TOTAL** | **89%** | **$43,953** | **7,235** | **6,225** | **5,622** | **4,995** |

## 2011 Career Services Results by degree program

Combined statistics for students who graduated from the February 2011, June 2011 and October 2011 classes.

| | Graduates who actively pursued and obtained employment and those already employed in education-related careers within 180 days of graduation | Average reported annual compensation[2] | Graduates | Graduates eligible for career assistance[3] | Graduates who actively pursued employment for up to 180 days and those who were already employed[4] | Graduates employed in education-related positions within 180 days of graduation |
|---|---|---|---|---|---|---|
| **ASSOCIATE DEGREE PROGRAM** | | | | | | |
| Accounting | 74% | $33,287 | 159 | 97 | 88 | 65 |
| Electroneurodiagnostic Technology (renamed Neurodiagnostic Technology November 8, 2012) | 100% | $35,391 | 9 | 8 | 8 | 8 |
| Electronics & Computer Technology | 82% | $37,043 | 336 | 218 | 201 | 165 |
| Health Information Technology | 69% | $33,321 | 849 | 523 | 460 | 318 |
| Network Systems Administration | 81% | $37,502 | 696 | 407 | 373 | 303 |
| Web Graphic Design | 52% | $31,739 | 412 | 140 | 110 | 57 |
| **ASSOCIATE TOTAL** | **74%** | **$35,327** | **2,461** | **1,393** | **1,240** | **916** |
| **BACHELOR'S DEGREE PROGRAM** | | | | | | |
| Biomedical Engineering Technology[1] | 81% | $43,568 | 113 | 101 | 94 | 76 |
| Business Administration | 91% | $38,180 | 1,703 | 1,334 | 1,269 | 1,150 |
| Clinical Laboratory Science | 100% | $44,075 | 15 | 14 | 14 | 14 |
| Computer Engineering Technology | 86% | $40,834 | 122 | 97 | 91 | 78 |
| Computer Information Systems | 85% | $44,178 | 806 | 613 | 570 | 484 |
| Electronics Engineering Technology | 91% | $44,386 | 285 | 240 | 232 | 211 |
| Game & Simulation Programming | 61% | $36,096 | 439 | 298 | 246 | 149 |
| Management | 100% | $29,062 | 9 | 5 | 5 | 5 |
| Multimedia Design & Development | 82% | $29,208 | 66 | 45 | 40 | 33 |
| Network & Communications Management | 90% | $43,838 | 543 | 433 | 407 | 366 |
| Technical Management | 90% | $47,001 | 4,099 | 3,176 | 3,033 | 2,726 |
| **BACHELOR'S TOTAL** | **88%** | **$43,849** | **8,200** | **6,356** | **6,001** | **5,292** |

**Graduate Employment Rates**

Even in today's challenging economic environment, a large percentage of 2011 DeVry University graduates in the active job market were either employed in their fields before graduating or found jobs within six months of graduation. For those who earned associate degrees, the employment rate was 74 percent; the rate was 88 percent for those who earned bachelor's degrees[5].

## 2012 Career Services Results by degree program

Combined statistics for students who graduated from the February 2012, June 2012, October 2012 and December 2012 classes

| | Graduates who actively pursued and obtained employment and those already employed in education-related career within 180 days of graduation | Average reported annual compensation [1] | Graduates | Graduates eligible for career assistance [2] | Graduates who actively pursued employment for up to 180 days and those who were already employed [3] | Graduates employed in education-related positions within 180 days of graduation |
|---|---|---|---|---|---|---|
| **ASSOCIATE DEGREE PROGRAM** | | | | | | |
| Accounting | 90% | $33,892 | 234 | 144 | 124 | 112 |
| Electronics & Computer Technology | 91% | $37,395 | 378 | 246 | 215 | 195 |
| Health Information Technology | 79% | $31,847 | 1,018 | 619 | 522 | 411 |
| Network Systems Administration | 87% | $39,937 | 797 | 437 | 377 | 329 |
| Neurodiagnostic Technology | 100% | $37,960 | 7 | 7 | 7 | 7 |
| Web Graphic Design | 64% | $33,327 | 403 | 145 | 88 | 56 |
| **ASSOCIATE TOTAL** | 83% | $35,436 | 2,837 | 1,598 | 1,333 | 1,110 |
| **BACHELOR'S DEGREE PROGRAM** | | | | | | |
| Biomedical Engineering Technology | 90% | $45,281 | 110 | 98 | 88 | 79 |
| Business Administration | 92% | $38,558 | 1,911 | 1,536 | 1,430 | 1,318 |
| Clinical Laboratory Science | 100% | $46,176 | 26 | 23 | 21 | 21 |
| Computer Engineering Technology | 87% | $44,421 | 119 | 102 | 93 | 81 |
| Computer Information Systems | 89% | $44,651 | 901 | 697 | 633 | 562 |
| Electronics Engineering Technology | 93% | $48,208 | 318 | 282 | 269 | 249 |
| Game & Simulation Programming | 69% | $38,688 | 362 | 248 | 194 | 133 |
| Justice Administration | 100% | $26,000 | 4 | 3 | 2 | 2 |
| Management | 96% | $42,353 | 74 | 52 | 48 | 46 |
| Multimedia Design & Development | 84% | $32,251 | 196 | 127 | 92 | 77 |
| Network & Communications Management | 93% | $44,891 | 660 | 525 | 494 | 461 |
| Technical Management | 94% | $48,101 | 4,620 | 3,614 | 3,413 | 3,196 |
| **BACHELOR'S TOTAL** | 92% | $45,031 | 9,301 | 7,307 | 6,777 | 6,225 |




# DeVry University Graduate Employment Statistics

<div style="writing-mode: vertical-rl">System-wide Statistics for U.S. & Canadian Graduates</div>

## 2013 Career Services results by degree program

Combined statistics for students who graduated from the February 2013, April 2013, June 2013, August 2013, October 2013 and December 2013 classes.[1]

| | Graduates who were already employed, or actively sought employment, that had careers in fields related to their education within six months of graduation | Average reported annual compensation[2] | Graduates | Graduates who were already employed in fields related to their education or were available to actively seek employment[3] | Graduates who were already employed in fields related to their education or actively sought employment for up to six months after graduation[4] | Graduates who were already employed, or actively sought employment, that had careers in fields related to their education within six months of graduation |
|---|---|---|---|---|---|---|
| ASSOCIATE DEGREE PROGRAMS: | | | | | | |
| Accounting | 90% | $37,458 | 187 | 99 | 94 | 85 |
| Neurodiagnostic Technology | 100% | $47,410 | 8 | 8 | 8 | 8 |
| Electronics & Computer Technology | 90% | $38,350 | 254 | 164 | 149 | 135 |
| Health Information Technology | 83% | $32,375 | 719 | 416 | 383 | 320 |
| Network Systems Administration | 87% | $37,691 | 681 | 389 | 359 | 315 |
| Web Graphic Design | 71% | $30,375 | 310 | 101 | 78 | 56 |
| **Associate Degree Total[5]** | **85%** | **$35,555** | **2159** | **1177** | **1071** | **919** |
| BACHELOR'S DEGREE PROGRAMS: | | | | | | |
| Accounting | 100% | $29,800 | 11 | 7 | 5 | 5 |
| Biomedical Engineering Technology | 86% | $42,238 | 95 | 79 | 75 | 65 |
| Business Administration | 92% | $40,322 | 1833 | 1440 | 1373 | 1271 |
| Clinical Laboratory Science | 85% | $46,905 | 26 | 21 | 20 | 17 |
| Communications | 100% | $44,171 | 7 | 6 | 5 | 5 |
| Computer Engineering Technology | 91% | $44,844 | 126 | 98 | 98 | 90 |
| Computer Information Systems | 86% | $46,856 | 881 | 686 | 648 | 563 |
| Electronics Engineering Technology | 92% | $49,551 | 356 | 300 | 289 | 267 |
| Game & Simulation Programming | 72% | $43,337 | 285 | 190 | 163 | 118 |
| Healthcare Administration | 66% | $50,000 | 4 | 3 | 3 | 2 |
| Justice Administration | 90% | $30,142 | 54 | 24 | 21 | 19 |
| Management | 97% | $40,623 | 106 | 83 | 79 | 77 |
| Multimedia Design & Development | 75% | $30,631 | 305 | 188 | 174 | 132 |
| Network & Communications Management | 93% | $46,733 | 673 | 558 | 533 | 498 |
| Technical Management | 94% | $48,863 | 3596 | 2867 | 2788 | 2631 |
| **Bachelor's Degree Total[5]** | **91%** | **$45,747** | **8358** | **6550** | **6274** | **5760** |
| **All Undergraduate Degree Total** | **90%** | **$44,295** | **10517** | **7727** | **7345** | **6679** |

[1] Figures based on graduates self-reporting data to DeVry.

[2] Includes base salary and any additional taxable compensation of those graduates who chose to disclose this information. Graduates employed in fields related to their education prior to graduation generally earn more than graduates who accept new employment after graduation. All compensation is reported in U.S. dollars.

[3] Excludes graduates who did not report employment related to their education who were continuing their education, employed in non-education related positions and not seeking education related positions, foreign graduates legally ineligible to work in the United States/Canada and those unable to accept career advising assistance because of circumstances such as military deployment, national service (Peace Corps, Teach for America, etc.), participation in a religious mission, incarceration, critical illness or death.

[4] Excludes graduates who actively sought employment for less than 6 months after graduation and did not become employed.

[5] Associate and bachelor's degree totals exclude programs no longer accepting applicants. Statistics for graduates of new programs that do not yet have graduates will be available approximately six months after the first classes graduate.

[6] Figure based on 2013 graduates self-reporting data to DeVry University Career Services who were employed at graduation or actively seeking employment in their field after graduation. Does not include graduates who were not actively seeking employment, as determined by DeVry University Career Services, or who did not report data on employment status to DeVry University Career Services.

**For comprehensive consumer information, visit devry.edu/studentconsumerinfo**

**In New York, DeVry University operates as DeVry College of New York.** DeVry University operates as DeVry Institute of Technology in Calgary, Alberta. Program availability, and course requirements and availability, vary by location. Some courses may be available online only. Refer to the current academic catalog for more detailed information. DeVry is certified to operate by the State Council of Higher Education for Virginia. DeVry University is authorized for operation by the THEC, www.state.tn.us/thec. Nashville Campus: 3343 Perimeter Hill Dr., Nashville, TN 37211. 55-500034 8/14.

### We're always here for you.

Career Services professionals across the DeVry system work diligently to partner with graduates to attain positions in their career fields. Although DeVry cannot guarantee employment, we're dedicated to helping guide and motivate our students and graduates through the career process. We work with them on career planning, job interviewing and resumé preparation. Students' career efforts are also supported by an employer database containing information on national and local companies, and virtual and onsite Career Fairs held periodically to enable our students to meet and network with recruiters of DeVry graduates. As a student at DeVry, you'll have the opportunity to partner with one of the most dedicated career services teams in education.

### The proof is in the numbers.

In 2013, 90% of DeVry University graduates actively seeking employment had careers in their field within 6 months of graduation.[6]



**devry.edu**

# Quality: Student Outcomes

**90/44**





Figure based on 2012 graduates self-reporting data to DeVry University Career Services who were employed at graduation or actively seeking employment in their field after graduation. Does not include graduates who were not actively seeking employment, as determined by DeVry University Career Services, or who did not report data on employment status to DeVry University Career Services.

## Excellent employment results

Nobody wants to go to college and just be a number...unless they're numbers like these. Each year, thousands of our grads find themselves right where they want to be - employed in their fields of study.



# An education that pays

Not only can a degree from DeVry University prepare you for a lifetime of career success, it can also increase your earning potential right from the start.



## Stop Paying. Start Earning. ▼



Salary Earned

Net Investment $0

Tuition Paid

| Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |

→ DeVry* students      → 4-year college students

*Assumes full-time student / 3 semesters per year.



**Get your degree in as little as 3 years.** At DeVry, we work to help you accelerate your education, start your career and start earning a salary. *In fact, in your first year of work after you graduate, you could earn more than the typical DeVry student borrows to pay for college.* You'll be making money and starting your career – while students at 4-year schools are still paying tuition.

Take advantage of our flexible class schedules, convenient locations and online learning options to finish your degree in 3 years. You'll hit the job market with the degree and qualifications you need to start in a fast-growing career field – and be on your way to future success.

DEVRY 00006068

  

SEARCH ▶   ◑ Launch our virtual advisor   ☎ 866-338-7955

REQUEST INFORMATION ▶     APPLY ONLINE ▶

Home » Why DeVry » The DeVry Difference » Career Outcomes

**Menu**

Why DeVry

The DeVry Difference

Technology Programs

Academic Quality

Accreditation & Approvals

Campus Life

Careers for a New Tomorrow

Faculty Profiles

Flexible Scheduling

Newsroom

Team USA Student Athletes

Student Reviews

**Colleges & Degree Programs**

**Locations**

**Online Options**

**Financial Aid & Tuition**

**Admissions**

**Career Services**

**Social@DVU**



   

GET STARTED NOW!

REQUEST INFORMATION

START A LIVE CHAT

## Prepare for your future career

At DeVry, our number one goal is to prepare our students for a lifetime of success in their field. We think our students' success speaks for itself.

## Excellent employment results

Nobody wants to go to college and just be a number...unless they're numbers like these. Each year, thousands of our grads find themselves right where they want to be - employed in their fields of study.



Resource Center

Get personalized information

I am a...

Grads! Ready for DeVry?
Try the DeVry Virtual Advisor
Video Library
View Academic Catalogs

Show More Tools [+]



## Our grads work for the biggest names in business

What sets DeVry University apart is that so many of our graduates have worked for Fortune 100 companies. The reason just might be that our curriculum is designed with input from Fortune 100 companies, so our graduates enter the workforce with the skills that they can use from day one



**An education that pays**

Not only can a degree from DeVry University prepare you for a lifetime of career success, it can also increase your earning potential right from the start.



## A top return on your investment

We couldn't be more proud of the success our graduates have in their careers. We were honored that three DeVry University campuses ranked in the top 100 of PayScale's 2013 College ROI Rankings report.



* DeVry University's North Brunswick, N.J. (74); Westminster, CO (75); and Columbus, OH (79) campuses were each ranked among the top 100 out of 1,060 schools evaluated. For information on the methodology of the PayScale 2013 College ROI Rankings report, visit http://www.payscale.com/data-packages/college-roi-2013/methodology.



1. Figure based on 2012 graduates self-reporting data to DeVry University Career Services who were employed at graduation or actively seeking employment in their field after graduation. Does not include graduates who were not actively seeking employment, as determined by DeVry University Career Services, or who did not report data on employment status to DeVry University Career Services.

2. DeVry University graduates from Feb 2002 to Oct 2011 in the active job market. Active job market includes those employed prior to graduation. Employment information is self-reported to DeVry by its graduates for the respective year of the Fortune 500 ranking and collected 6 months after each graduation. Fortune 500 ranking, 2012. Methodology used to rank companies can be found at money.cnn.com.

3. Based on PayScale.com study commissioned by DeVry University. Data for the study was collected in 2012 and compared reported earnings for 2010 graduates. 73,309 bachelor's degree graduates reported earnings including 620 DeVry graduates. Self-reported information may not reflect actual earnings and may not be representative of earnings of individuals that do not supply information. Results may not be statistically significant. Comparative data includes private not-for-profit schools, private for-profit schools, and public schools.

For comprehensive consumer information, visit devry.edu/studentconsumerinfo

| Prospective Students | Current Students | Alumni | Partners & Employees | About DeVry University | Online Communities |

Degree Programs
Campus Tour
Request Information
Academic Catalogs
Los Padres de Familia (Español)
FAQs

Academic Calendar
Academic Catalogs
DeVry University Library

Alumni Association
Alumni Chapters
Get Involved
Benefits & Services
Recruit Talent

Corporate Education
Employee Training
Hire DeVry

Accreditation & Approvals
Careers at DeVry
Contact Us
Newsroom
Social Responsibility
Disability Services

Facebook
Linkedin
Twitter
YouTube

Terms of Service | Privacy Policy | Sitemap | Call us: 866-338-7934
DeVry University operates as DeVry Institute of Technology in Calgary, Alberta. In New York, DeVry University operates as DeVry College of New York.
DeVry University is accredited by The Higher Learning Commission of the North Central Association of Colleges and Schools, www.ncahlc.org.
Certified to operate by the State Council of Higher Education for Virginia. DeVry University is authorized for operation by the THEC.

# A COLLEGE DEGREE MAKES GOOD $EN$E

The rising cost of college in America is still making headlines, but the facts show that postsecondary education remains a wise investment that pays off in significant lifetime gains like better employment prospects and higher paying jobs. Additionally, graduates of DeVry University fare better in the job landscape than their non-degreed colleagues.

## COLLEGE DEGREES CAN MEAN LOWER UNEMPLOYMENT:[1]



| HIGH SCHOOL | ASSOCIATE | BACHELOR'S | Some Degree |
|---|---|---|---|
| 8.3% | 6.2% | 4.5% | 3.5% |

*"Nearly 4 out of every 5 jobs destroyed by the recession were held by workers with a high school diploma or less."*[2]

## COLLEGE DEGREES CAN MEAN BETTER EMPLOYMENT GROWTH:[2]



82%

42%

## COLLEGE DEGREES CAN MEAN HIGHER EARNING POWER FOR LIFE:[3]

Those with bachelor's degrees are projected to earn almost **$1 million** more in their lifetime than those with only high school diplomas.

| LIFETIME EARNINGS | High School Diploma $1,304,000 | vs. | Bachelor's Degree $2,268,000 |
|---|---|---|---|



### HIGH SCHOOL VS. BACHELOR'S DEGREE

Only 14% of people with a high school diploma can expect to earn the same amount or more as the median earnings of someone with a bachelor's degree.

Median net worth of people approaching retirement with a bachelor's degree is **4x higher** than those with only a high school diploma.

## DEVRY UNIVERSITY BACHELOR'S DEGREE GRADUATES REPORT THAT THEY EARN MORE OVER OTHER BACHELOR'S DEGREE HOLDERS:



| 1 Year | 5 Years | 10 Years | 15 Years | 20 Years |
|---|---|---|---|---|
| +15.4% | +9.5% | +6.9% | +6.2% | +9.4% |

Approximate Number of Full Years After Graduation

▪ Median earnings, reported by all bachelor's degree graduates ▪ Median earnings, reported by DeVry bachelor's degree graduates

## DEVRY UNIVERSITY BACHELOR'S DEGREE GRADUATES REPORT HIGHER EARNINGS OVER OTHER BACHELOR'S DEGREE GRADUATES:
(graduates from 2002-2011)

| Graduates earning $50,000 or more: | | | Graduates earning $60,000 or more: | | | Graduates earning $70,000 or more: | | |
|---|---|---|---|---|---|---|---|---|
|  53% DeVry | 46% Private Schools | 44% Public Schools |  35% DeVry | 31% Private Schools | 28% Public Schools |  22% DeVry | 19% Private Schools | 16% Public Schools |



**10**

DeVry University graduates from the last 10 years have worked at over 95 of the current Fortune 100 companies.[4]



**15**

One year after graduation, DeVry Alumni report that they earn about 15% more than the median earnings reported by all bachelor's degree graduates.



**20**

DeVry University graduates nearly double their reported salary 20 years after graduation.

### PayScale.com Bachelor's Degree Graduate Study:

Based on PayScale.com study commissioned by DeVry University and completed June 2012 on the median self-reported earnings of DeVry University graduates and PayScale.com data regarding the median self-reported earnings of graduates of all bachelor's degree granting schools for which data was collected. Data was collected between April 1, 2010 to Apr. 1, 2012. All responses of DeVry University are included. Of the DeVry University graduates reporting earnings to PayScale.com, 454 graduated in 2011 (0 years after graduation group), 620 graduated in 2010 (Approx. 1 year grouping), 1,192 graduated between 2003 and 2007 (Approx. 5 years grouping), 570 graduated between 1998 and 2002 (Approx. 10 years grouping), 253 graduated between 1993 and 1997 (Approx. 15 years grouping), and 322 graduated between 1983 and 1992 (Approx. 20 years grouping). DeVry University graduates from 2002 to 2011 who reported earnings above a given amount totaled 1,630 ($50,000 or more), 1,069 ($60,000 or more), and 657 ($70,000 or more). Reported earnings of DeVry University graduates from the Approx. 20 years grouping were 1.9 times higher than those from the 0 years after graduation group. Self-reported information may not reflect actual earnings of individuals participating in survey and may not be representative of graduates who decided not to self-report information. Comparison results may not be statistically significant. Comparative data includes private not-for-profit schools, private for-profit schools, and public schools.

## TAKING INTO ACCOUNT THE COST OF THE AVERAGE BACHELOR'S DEGREE:

**65%** of bachelor's degree students don't pay the full price of college.[5]



the "full price"

the "net price" per year at public 4-year institutions for 2012-13[6]
**$2,915** a savings of $5,750

The average debt at graduation for bachelor's degree recipients in 2011 was about
**$27,000**
or the cost of a new car.[7]

just over
**$6,000** per year

Only **1.5%** of all undergraduate and graduate students from 2007-2008 graduated with six-figure loan debt.[8]

About two-thirds of full-time students pay for college with the assistance of grant aid, and some of the remaining two-third receive federal tax credits and deductions to help cover expenses.[5]

More than HALF of these students attended the most selective colleges and universities.
10% of these students were undergrads
90% of these students were graduate and professional students earning medical, law and doctorate degrees.

Sources: 1. U.S. Department of Labor (2013), January 28), Employment Projections. Retrieved February 22, 2013, from Bureau of Labor Statistics: http://www.bls.gov/emp/ep_chart_001.htm 2. Georgetown University Center on Education and the Workforce, The College Advantage: Weathering the Economic Storm 3. Georgetown University Center on Education and the Workforce, The College Payoff: Education, Occupations and Lifetime Earnings 4. Fortune 500 ranking, 2012. DeVry University graduates from Fall 2002 to Fall 2011 in the active job market. Active job market includes those employees prior to graduation. 5. Main Fulbright, Who Graduates College with Six-Figure Student-Loan Debt? August 1, 2012. 6. College Board Advocacy & Policy Center, Trends in College Pricing 2012. DeVry University is a subsidiary of DeVry Inc. ©2013 DeVry Educational Development Corp. All rights reserved.


DeVry



Online Degree Earnings
$140,000
$120,000
$100,000
$80,000
$60,000
$40,000
$20,000
$0
DeVry
Capella
Strayer
Walden
University of Phoenix
American Intercontinental
Kaplan
The Art Institute of Pittsburgh
Mid-career salary
Starting salary
Data from PayScale