# EXHIBIT D

**DeVry University**

## Management

Program Level - Bachelor's degree
Program Length - 48 months



**COST**

**How much will this program cost me?***

**Tuition and fees: $74,648**
**Books and supplies: $3,040**
**On-campus room & board:** *not offered*

What other costs are there for this program?

For further program cost information click here.

* The amounts shown above include costs for the entire program, assuming normal time to completion. Note that this information is subject to change.

**SUCCESS**

**How long will it take me to complete this program?**

**The program is designed to take 48 months to complete. Of those that completed the program in 2014-2015, 69% finished in 48 months.**

| What are my chances of getting a job when I graduate? |
|---|

| The job placement rate for students who completed this program is 20%. |
|---|
| For further information about this job placement rate, click here. |

**FINANCING**

**What financing options are available to help me pay for this program?**

**Financing for this program may be available through grants, scholarships, loans (federal and private) and institutional financing plans. The median amount of debt for program graduates is shown below:**

    Federal loans: $44,667
    Private education loans: $0
    Institutional financing plan: $0



Click here for more information on jobs related to this program.

For additional information related to this program and/or the information provided above, click here.

**Date Created: 1/28/2016**

**DeVry University**

# Network Systems Administration [empl rate: KBOR Kansas City]

Program Level - Associate's degree
Program Length - 30 months



**How much will this program cost me?***

**Tuition and fees: $41,033**
**Books and supplies: $1,900**
**On-campus room & board:** *not offered*

What other costs are there for this program?

For further program cost information click here.

* The amounts shown above include costs for the entire program, assuming normal time to completion. Note that this information is subject to change.

**How long will it take me to complete this program?**

**The program is designed to take 30 months to complete. Of those that completed the program in 2014-2015, 54% finished in 30 months.**

| What are my chances of getting a job when I graduate? |
|---|

| The job placement rate for students who completed this program is 27%. |
|---|

For further information about this job placement rate, click here.

**What financing options are available to help me pay for this program?**

**Financing for this program may be available through grants, scholarships, loans (federal and private) and institutional financing plans. The median amount of debt for program graduates is shown below:**

Federal loans: $26,013
Private education loans: $0
Institutional financing plan: $0



Click here for more information on jobs related to this program.

For additional information related to this program and/or the information provided above, click here.

Date Created: 6/9/2016