# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| T'LANI ROBINSON and<br>ROBBY BROWN, individually and on behalf of all other similar situated,<br><br>Plaintiffs<br><br>v.<br><br>DEVRY EDUCATION GROUP INC., and DEVRY UNIVERSITY, INC.<br><br>Defendants | Case No. 1:16-cv-07447 |

## DEFENDANTS' UNOPPOSED MOTION TO SET A BRIEFING SCHEDULE WITH RESPECT TO PLAINTIFFS' AMENDED COMPLAINT

Defendants DeVry Education Group Inc. and DeVry University, Inc. (the "DeVry entities") hereby respectfully move, on an agreed basis with Plaintiffs and consistent with the Joint Status Report filed with the Court on December 2, 2016 (Dkt. No. 34), to set a briefing schedule as to the Amended Class Action Complaint also filed on December 2, 2016 (Dkt. No. 35). In support of this motion, the DeVry entities state as follows:

1. On November 4, 2015, the DeVry entities moved to dismiss Robinson and Brown's claims for failure to state a claim upon which relief could be granted. (Dkt. No. 27.)

2. In lieu of responding to the motion to dismiss, Robinson and Brown filed an unopposed motion for extension of time to amend their complaint, (Dkt. No. 31), which motion was granted on November 28, 2016. (Dkt. No. 33.)

3. Robinson and Brown filed their Amended Class Action Complaint on December 2, 2016. (Dkt. No. 35.)

4. Pursuant to the Federal Rules of Civil Procedure, the DeVry entities' response to the Amended Class Action Complaint would be due on or before December 16, 2016. (Fed. R. Civ. P. 15(a)(3).)

5. The DeVry entities anticipate moving to dismiss the Amended Class Action Complaint and the parties have agreed to the following briefing schedule in the event the DeVry entities file a motion to dismiss in lieu of an Answer: (i) The DeVry entities shall file the motion to dismiss on or before January 13, 2017; (ii) Robinson and Brown's response will be due on or before February 3, 2017; and (iii) any reply by the DeVry entities will be due on or before February 17, 2017.

WHEREFORE, by agreement of the Parties, the DeVry entities respectfully request that the Court enter an Order extending the date by which to Answer or otherwise plead to the Amended Class Action Complaint until January 13, 2017 and, in the event the DeVry entities move to dismiss the Amended Class Action Complaint, to set the Plaintiffs' response date to be on or before February 3, 2017 and the reply of the DeVry entities to be on or before February 17, 2017.

Dated: December 7, 2016               Respectfully submitted,

*/s/R. Ryan Stoll*
R. Ryan Stoll
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
ryan.stoll@skadden.com


Jack P. DiCanio (*pro hac vice*)
Amy S. Park (*pro hac vice*)
Emily A. Reitmeier
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
(650) 470-4500
jack.dicanio@skadden.com
amy.park@skadden.com
emily.reitmeier@skadden.com


*Counsel for Defendants DeVry Education Group Inc. and DeVry University, Inc.*

**CERTIFICATE OF SERVICE**

       R. Ryan Stoll, an attorney, hereby certifies that on December 7, 2016, he caused a true and correct copy of the foregoing document to be served using the Court's electronic filing system, which will send electronic notification of such filing to all parties that have appeared in the above-captioned action, *Robinson et al. v. DeVry Education Group Inc. et al.*, No. 1:16-cv-07447:

    Robert L. Teel
    **LAW OFFICE OF ROBERT L. TEEL**
    207 Anthes Ave., Suite 201
    Langley, WA 98260

    Benjamin Harris Richman
    **EDELSON PC**
    350 North La Salle Street, Suite 1300
    Chicago, IL 60654

                                   */s/R. Ryan Stoll*
                                   R. Ryan Stoll