IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T'LANI ROBINSON and<br>ROBBY BROWN, individually and on<br>  behalf of all other similar situated,<br><br>        Plaintiffs<br><br>        v.<br><br>DEVRY EDUCATION GROUP INC.<br>  and DEVRY UNIVERSITY, INC.,<br><br>        Defendants | Case No. 1:16-cv-07447 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, December 13, 2016, at 9:45 AM**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before **Judge Manish S. Shah**, or any judge sitting in his stead in Room 1719 of the United States District Court, Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois, and then and there present Defendants' Unopposed Motion to Set a Briefing Schedule with Respect to Plaintiffs' Amended Complaint.

Dated: December 7, 2016	Respectfully submitted,

*/s/R. Ryan Stoll*
R. Ryan Stoll
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
155 North Wacker Drive
Chicago, Illinois   60606
(312) 407-0700
ryan.stoll@skadden.com


Jack P. DiCanio (*pro hac vice*)
Amy S. Park (*pro hac vice*)
Emily A. Reitmeier
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California   94301
(650) 470-4500
jack.dicanio@skadden.com
amy.park@skadden.com
emily.reitmeier@skadden.com


*Counsel for Defendants DeVry Education Group Inc. and DeVry University, Inc.*

## CERTIFICATE OF SERVICE

    R. Ryan Stoll, an attorney, hereby certifies that on December 7, 2016, he caused a true and correct copy of the foregoing document to be served using the Court's electronic filing system, which will send electronic notification of such filing to all parties that have appeared in the above-captioned action, *Robinson et al. v. DeVry Education Group Inc et al..*, No. 1:16-cv-07447:

  Robert L. Teel
  **LAW OFFICE OF ROBERT L. TEEL**
  207 Anthes Ave., Suite 201
  Langley, WA 98260

  Benjamin Harris Richman
  **EDELSON PC**
  350 North La Salle Street, Suite 1300
  Chicago, IL 60654

           */s/R. Ryan Stoll*
           R. Ryan Stoll